1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN ACOSTA, PHILLIP ESCOBAR, JUAN ROMERO, MIGUEL ROMERO and JOSEPH SIGALA,  ) ) ) ) | NO. 1:09-CV-01560 AWI GSA |
| Plaintiffs,  ) ) | ORDER VACATING JULY 19, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v.  ) ) | |
| JAMES TOURNER, D. MEDINA, E. OVALLE, CHIEF JERRY DYER, FRESNO POLICE DEPARTMENT, CITY OF FRESNO, and DOES 1 through 100 Inclusive,  ) ) ) ) ) | |
| Defendants.  ) ) | |

Defendants' motion to dismiss has been set for hearing in this case on July 19, 2010. The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 19, 2010, is VACATED, and the parties shall not appear at that time.  As of July 19, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    July 13, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE